UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) CASE NO. MJ 11-434 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) DETENTION ORDER |
| ISMAIL SALI, | ) |
| | ) |
| Defendant. | ) |

Offense charged:    Possession of Device Making Equipment

Date of Detention Hearing:    September 19, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.    Defendant is charged by Complaint, together with a co-defendant, with

DETENTION ORDER
PAGE -1

possessing a pin-hole camera and card skimming device designed to be affixed to an ATM machine. The Complaint alleges a criminal operation of long-standing duration involving hundreds of victims and hundreds of thousands of dollars, most of which is said to be unaccounted for.

2. The defendant, a naturalized United States citizen, has strong family ties to Romania, including a wife, two children, and 10 siblings. There is some discrepancy in the information provided concerning his employment, background and finances. The defendant indicated to Pretrial Services that he had no weapons in the home, although three loaded firearms were seized from a shed.

3. The defendant is associated with at least two aliases and identification documents were seized from the defendant's residence with his photograph in another name. The AUSA proffered evidence that defendant may have ties to other known skimmers and contends that his residence appears to be the nerve center of these operations. Furthermore, the AUSA contends that the alleged scheme has international aspects in that some of the cards seized during the search are coded with foreign bank data from Germany and Sweden, implying that there are foreign co-conspirators.

4. Defendant poses a risk of nonappearance due to strong family ties to Romania, contradictory background information, and the nature of the instant offense involving access to false identification documents and significant financial resources to assist flight. The defendant poses a risk of danger due to the length and scope of the alleged scheme, and defendant's alleged role.

5. There does not appear to be any condition or combination of conditions that will

reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 19th day of September, 2011.

Mary Alice Theiler
United States Magistrate Judge